MN,ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## THIRD DIVISION

### Unclaimed Dividends and/or Distributions Less Than $5 For Deposit To Registry Fund

Debtors:     Steven B. Vang

Chapter 7

Case No. 09-33130

Please Check One:

__X__     Unclaimed Dividends

_____     Distribution Less Than $5

| Name and Address of Creditor | Claim Number | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Steven B. Vang<br>2106 Rustad Lane<br>Mounds View, MN 55112 | N/A | N/A | $272.35 |

(Debtor's share of 2009 tax refunds: mailed check to debtor twice and check was returned both times as *Moved Left No Address, Unable to Forward, Return to Sender*)

Date:  June 24, 2010

Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475